UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CARLTON SPEER, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Case No. 3:21-cv-368 |
| v. | ) |
| | ) Judge Atchley |
| UCOR, LLC, | ) |
| | ) Magistrate Judge McCook |
| *Defendant*. | ) |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having granted Defendant's Motion to Dismiss [Doc. 23] and dismissed this action,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT